

# THE THIRTEENTH COURT OF APPEALS

---

## 13-15-00311-CR

---

Nestor Abarca-Sanchez
v.
The State of Texas

---

On Appeal from the
21st District Court of Bastrop County, Texas
Trial Cause No. 14,153

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed as modified. The Court orders the judgment of the trial court AFFIRMED AS MODIFIED.

We further order this decision certified below for observance.

September 24, 2015